UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Lawtone-Bowles

Write the first and last name of each plaintiff.

Case No. 1:25 CV 01218

-against-

Steven J Baum, Steven J. Baum, P.C.,

Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, Llc.,

Select Portfolio Servicing,

Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As Successor By Merger To Lasalle Bank National Association, As Trustee Et Al Merrill Lynch Trust

Write the first and last name of each defendant.

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Plaintiff  Nicole Lawtone-Bowles  _____

requests that the Court grant Plaintiff's motion for default judgment.

07/02/2025
Executed on (date)

Nicole Lawtone-Bowles
Name

56 Center Street
Address

(347)538-5386
Telephone Number (if available)

*/s/ Nicole Lawtone-Bowles*
Signature

N/A
Prison Identification # (if incarcerated)

Highland Falls          NY          10928
City                    State       Zip Code

NicoleLawtone@aol.com
E-mail Address (if available)

Rev. 6/12/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Lawtone-Bowles

Write the first and last name of each plaintiff.

-against-

Steven J Baum, Steven J. Baum, P.C.,

Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, Llc.,

Select Portfolio Servicing,

Lasa e Bank Nat ona Assoc at on, As Trustee, In Trust For The Ho ders Of Merr  Lynch Mortgage Investors Trust Ser es 2002-Afc1, U.S. Bank Nat ona Assoc at on, As Trustee, As Successor-In-Interest To Bank Of Amer ca Nat ona Assoc at on, As Trustee, As Successor By Merger To Lasa e Bank Nat ona Assoc at on, As Trustee Et A  Merr  Lynch Trust

Write the first and last name of each defendant.

Case No. 1:25 CV 01218-LTS

**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

## Declaration in Support of Motion for Default Judgment

I, Nicole Lawtone-Bowles , declare under penalty of perjury that the following facts are true and correct:

1. I am the self-represented plaintiff in this action.

2. I make this declaration under Rule 55.1 and 55.2(a) of the Local Civil Rules for the Southern District of New York in support of my motion for default judgment.

3. This is an action to recover $ $2,000,000.00 owed by defendant(s) to plaintiff. I am also seeking return of my property 56 Center Street Highland Falls, NY 10928 &Treble damages under RICO for Defendants' pattern of fraudulent conduct.

4. I have included a Statement of Damages attached to this motion, which includes all the relief I seek.

5. The Court has subject matter jurisdiction of my claims under:

☐ Federal Question (28 U.S.C. § 1331) and/or ☒ Diversity of Citizenship (28 U.S.C. § 1332).

6. I commenced this action on __02/11/2025__ by filing the complaint.

Copies of the summons and complaint were served on defendant _Steven J Baum, Steven J. Baum, P.C.,, Ryaz G Bhman, Eckert Seamans Cherin & Mellott, L.c., Select Portfolio Servicing, Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As Successor By Merger To Lasalle Bank National Association, As Trustee Et Al Merrill Lynch Trust_ on __03/13/2025__ by ☐ U.S. Marshals or ☐ personal service. A proof of service was filed on __07/03/2025__. The defendant _Steven J Baum, Steven J. Baum, P.C.,, Ryaz G Bhman, Eckert Seamans Cherin & Mellott, L.c., Select Portfolio Servicing, Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As_ has not filed a response to the complaint and the time to respond has expired.

7. Defendant _Steven J Baum, Steven J. Baum, P.C.,, Ryaz G Bhman, Eckert Seamans Cherin & Mellott, L.c., Select Portfolio Servicing, Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As Successor By Merger To_ is not an infant or incompetent.

8. Defendant _Steven J Baum, Steven J. Baum, P.C.,, Ryaz G Bhman, Eckert Seamans Cherin & Mellott, L.c., Select Portfolio Servicing, Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As Successor By Merger To_ is not currently serving in the United States military.

| | |
|---|---|
| 07/03/2025 | /s/ Nicole Lawtone-Bowles |
| Executed on (date) | Signature |
| Nicole Lawtone-Bowles | N/A |
| Name | Prison Identification # (if incarcerated) |
| 56 Center Street | Highland Falls    NY    10928 |
| Address | City    State    Zip Code |
| (347) 538-5386 | NicoleLawtone@aol.com |
| Telephone Number (if available) | E-mail Address (if available) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Lawtone-Bowles
_____

_____
Write the first and last name of each plaintiff.

Case No. _____ 1:25 CV _____ 01218-LTS

-against-
Steven J Baum, Steven J. Baum, P.C.,
_____

**STATEMENT OF DAMAGES**

Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, Llc.,
_____

Select Portfolio Servicing,
_____

Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As Successor By Merger To Lasalle Bank National Association, As Trustee Et Al Merrill Lynch Trust
_____
Write the first and last name of each defendant.

**Principal Amount:** $ __81,000__

Interest at __10__% from __September__ __04__, 20____ through __July__ __3__, 20__25__

**Principal + Interest** $ __590,069.89__

**Litigation Costs:**

Filing fees for this action: $ __0__

Process Server fee for service, if any: $ __100.00__

**Total as of** __July 3__, 20____ $__590,169.89__

RELIEF REQUESTED Plaintiff seeks the following relief from the court:

Any other relief you are seeking _____

_____
1. Monetary damages of $2,000,000.00 for financial losses, wrongful payments, legal expenses, and emotional distress.
_____.

**RELIEF REQUESTED**

Plaintiff seeks the following relief from the court:

1. **Monetary damages of $2,000,000.00** for financial losses, wrongful payments, legal expenses, and emotional distress.

2. **Treble damages under RICO** for Defendants' pattern of fraudulent conduct.

3. **Punitive damages** to deter future fraudulent practices.

4. **A court order declaring the mortgage fully satisfied** and voiding any further foreclosure actions.

5. **Restitution for all improper payments made to SPS** after the loan was paid off.

6. **Expungement of negative credit reporting** related to the fraudulent foreclosure attempts.

7. **Any other relief the court deems just and proper**.

Plaintiff requests that the court hold the Defendants **fully accountable for their fraudulent, deceptive, and discriminatory actions**.

# ATTACH THE CLERK'S CERTIFICATE OF DEFAULT HERE

**IF YOU DO NOT HAVE A CLERK'S CERTIFICATE, YOU ARE NOT READY TO FILE A MOTION FOR DEFAULT JUDGMENT**

**PLEASE READ THE INSTRUCTIONS FOR FILING A MOTION FOR DEFAULT JUDGMENT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Lawtone-Bowles

Write the first and last name of each plaintiff.

Case No. 1:25 CV 01218-LTS

-against-

Steven J Baum, Steven J. Baum, P.C.,

**PROPOSED DEFAULT JUDGMENT**

Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, Llc.,

Select Portfolio Servicing,

Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As Successor By Merger To Lasalle Bank National Association, As Trustee Et Al Merrill Lynch Trust

Write the first and last name of each defendant.

Plaintiff filed a complaint on 02/11/2025. Defendant Steven J Baum, Steven J. Baum, P.C., Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, L.c., Select Portfolio Servicing, Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As was served with copies of the summons and complaint on 03/13/2025 by ☐ U.S. Marshals or ☐ by Plaintiff.

A proof of service was filed on 07/03/2025. The defendant Steven J Baum, Steven J. Baum, P.C.,, Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, L.c., Select Portfolio Servicing, Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America has not filed a response to the complaint and the time to respond has expired.

The Court has reviewed the attached declaration of Plaintiff Nicole Lawtone-Bowles dated 07/03/2025, and the Clerk's Certificate of Default, noting the default of the defendant Steven J Baum, Steven J. Baum, P.C.,, Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, L.c., Select Portfolio Servicing, Lasalle Bank National Association, As Trustee, In Trust For The Holders Of Merrill Lynch Mortgage Investors Trust Series 2002-Afc1, U.S. Bank National Association, As Trustee, As Successor-In-Interest To Bank Of America National Association, As Trustee, As Successor By Merger To Lasalle Bank National Association, As Trustee Et Al Merrill for failure to appear, answer, or respond to the complaint.

Accordingly,

☐ It is ORDERED that this matter be referred to United States Magistrate Judge _____ for an inquest to determine the damages sustained by Plaintiff, including interests and costs, and any other relief Plaintiff seeks.

☐ It is ORDERED that this matter be scheduled for an inquest before this Court to determine the damages sustained by Plaintiff, including interests and costs, and any other relief Plaintiff seeks.

SO ORDERED.

Dated:
      New York, New York

                                                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Lawtone-Bowles

Write the first and last name of each plaintiff.

Case No. 1:25 CV 01218-LTS

-against-

Steven J Baum, Steven J. Baum, P.C.,

CERTIFICATE OF SERVICE

Riyaz G Bhimani, Eckert Seamans Cherin & Mellott, Llc.,

Select Portfolio Servicing,

Lasa e Bank Nat ona Assoc at on, As Trustee, In Trust For The Ho ders Of Merr  Lynch Mortgage Investors Trust Ser es 2002-Afc1, U.S. Bank Nat ona Assoc at on, As Trustee, As Successor-In-Interest To Bank Of Amer ca Nat ona Assoc at on, As Trustee, As Successor By Merger To Lasa e Bank Nat ona Assoc at on, As Trustee Et A  Merr  Lynch Trust

Write the first and last name of each defendant.

I, Nicole Lawtone-Bowles ,

affirm that the foregoing documents have been personally served on
July 3, 2025
_____ or mailed to the last
known address of _Steven J Baum, Steven J. Baum, P.C.,, R yaz G Bh man , Eckert Seamans Cher n & Me ott, L c., Se ect Portfo o Serv c ng_ / _Lasa e Bank Nat ona Assoc at on, As Trustee, In Trust For The Ho ders Of Merr  Lynch Mortgage Investors Trust Ser es 2002-Afc1, U.S. Bank Nat ona Assoc at on, As Trustee, As Successor-In-Interest To Bank Of Amer ca Nat ona Assoc at on, As Trustee, As Successor By Merger To Lasa e Bank Nat ona Assoc at on, As Trustee Et A  Merr  Lynch Trust_,

1. Steven J. Baum, P.C. and Steven J. Baum PMB 113 4521 PGA B vd #113 Pa m Beach Gardens, FL 33418 2. R yaz G. Bh man , Esq. Eckert Seamans Cher n & Me ott, LLC. 10 Bank Street Wh te P a ns, NY 10606-1933 3. Eckert Seamans Cher n & Me ott, LLC. 10 Bank Street, Su te 700 Wh te P a ns, NY 10606-1933 4. Se ect Portfo o Serv c ng, Inc. 3217 S. Decker Lake Dr ve Sa t Lake C ty, UT 84119-3284 5. U.S. Bank Nat ona Assoc at on, as trustee c/o Bank of Amer ca Merr  Lynch 4060 Og etown Stanton Rd. Newark, DE 19713 6. U.S. Bank Nat ona Assoc at on, as trustee 135 S LaSa e Street, Su te 1625 Ch cago, IL 60603-4177 7. Bank of Amer ca Merr  Lynch 100 North Tryon Street Char otte, NC 28255

at_____.

July 3, 2025                                    /s/ Nicole Lawtone-Boales

Executed on (date)                              Signature

Nicole Lawtone-Bowles                           N/A

Name                                            Prison Identification # (if incarcerated)

56 Center Street                                Highland Falls        NY        10928

Address                                         City          State       Zip Code

(347) 538-5386                                  Nicole Lawtone-Bowles

Telephone Number (if available)                 E-mail Address (if available)