UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE LAWTONE-BOWLES,

Plaintiff,

-against-

STEVEN J. BAUM; RIYAZ G. BHIMANI; ECKERT SEAMANS CHERIN & MELLOTT, LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION; JUDGE SANDRA B. SCORITINO.,

Defendants.

25 CIVIL 01218 (LLS)

# CIVIL JUDGMENT

For the reasons stated in the November 16, 2026, order, Plaintiff's claims seeking to void the judgment in the consolidated U.S. Bank action in the Supreme Court, Orange County, involving Index Nos. EF004014-2019 and EF003745-2018, and declare her mortgage satisfied are dismissed without prejudice for lack of jurisdiction. The Court dismisses Plaintiff's remaining federal claims under the TILA, RESPA, FDCPA, FCRA, and RICO for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and declines, under 28 U.S.C. § 1367(c)(3), to exercise its supplemental jurisdiction of any state law claims Plaintiff may be asserting.

SO ORDERED.

Dated: November 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge